IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00428-BNB

JOHN MOORE,

    Plaintiff,

v.

DR. SAM JAHANI,

    Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 0 3 2010

GREGORY C. LANGHAM
CLERK

---

## ORDER GRANTING PLAINTIFF LEAVE TO PROCEED
## PURSUANT TO 28 U.S.C. § 1915

---

Plaintiff has filed **pro se** a Motion and Affidavit for Leave to Proceed Pursuant to

28 U.S.C. § 1915 and a "Motion for Removal." The motion and affidavit indicate that

Plaintiff should be granted leave to proceed pursuant to 28 U.S.C. § 1915 solely on the

basis of inability to prepay fees or give security therefor. Accordingly it is

ORDERED that the Motion and Affidavit for Leave to Proceed Pursuant to

28 U.S.C. § 1915 is granted. It is

FURTHER ORDERED that the court review the complaint pursuant to 28 U.S.C.

§ 1915(e)(2)(B) to determine if the complaint is frivolous or malicious, fails to state a

claim on which relief may be granted, or seeks monetary relief against a defendant who

is immune from such relief. It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED March 3, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.10-cv-00428-BNB

John Moore
140 SE Frontier Ct.
Cedaredge, CO 81413

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on _3/3/10_

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk