## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00428-BNB
(Removal from Delta County, Colorado, District Court, Case No. 2010CV27)

JOHN MOORE,

    Plaintiff,

v.

DR. SAM JAHANI, and
SAM JAHANI PERSONAL INSURANCE COMPANY,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 2 2010

GREGORY C. LANGHAM
CLERK

---

## ORDER FOR SUMMARY REMAND

---

Plaintiff, John Moore, has submitted to this Court *pro se* four notices of removal (document nos. 2, 5, 6, and 9), five motions and affidavits for leave to proceed pursuant to 28 U.S.C. § 1915 (document nos. 3, 4, 7, 8, and 10), and a motion for service (document no. 12). Mr. Moore has been granted leave to proceed pursuant to § 1915.

The Court must construe Mr. Moore's filings liberally because he is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be the *pro se* litigant's advocate. *Hall*, 935 F.2d at 1110. For the reasons stated below, the Court will remand this action summarily to the district court, Delta County, Colorado.

Plaintiff seeks to remove to this Court Case No. 2010CV27, a civil case filed in the Delta County District Court. The Court has reviewed the notices of removal and finds that they are deficient for two reasons. Only defendants may remove an action

from state court. *See* 28 U.S.C. § 1446(a). Plaintiff fails to set forth in any of the notices of removal "a short and plain statement of the grounds for removal, together with a copy of all process, pleadings, and orders served upon such defendant or defendants in such action." *Id.* Therefore, this action will be summarily remanded to the Delta County District Court. Accordingly, it is

ORDERED that this action is remanded summarily to the Delta County District Court. It is

FURTHER ORDERED that the clerk of this Court shall mail a certified copy of this order to the clerk of the Delta County District Court. It is

FURTHER ORDERED that any pending motions are denied as moot.

DATED at Denver, Colorado, this __11th__ day of __March__, 2010.

BY THE COURT:

_Christine M Arguello_

_____
CHRISTINE M. ARGUELLO
United States District Judge for
ZITA LEESON WEINSHIENK
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.10-cv-00428-BNB

John Moore
140 SE Frontier Ct.
Cedaredge, CO 81413

Delta County District Court - **CERTIFIED**
501 Palmer St., Ste 338
Delta, CO 81416

     I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  3|12|10

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk