**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-00428-ZLW
(Removal from Delta County, Colorado, District Court, Case No. 2010CV27)

JOHN MOORE,

    Plaintiff,

v.

DR. SAM JAHANI, and
SAM JAHANI PERSONAL INSURANCE COMPANY,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    In an order entered and filed on March 16, 2010, the Court construed the *ex parte* letter to Magistrate Judge Boyd N. Boland filed *pro se* by Plaintiff, John Moore, on March 15, 2010, as a motion to reconsider, denied the motion, and reminded Mr. Moore that D.C.COLO.LCivR 77.2 forbids *ex parte* communications.

    On April 30 and May 3, 2010, Mr. Moore submitted three *ex parte* letters to Senior Judge Zita Leeson Weinshienk asking to reopen the instant action. The requests to reopen are denied for the reasons stated in the March 16 order. Mr. Moore is again reminded that D.C.COLO.LCivR 77.2 forbids *ex parte* communications. The clerk of the Court is directed to strike any further filings Mr. Moore may submit in this action.

May 10, 2010